IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| LARRY ADAMS, | * | |
| TIJEE BENETT, | * | |
| AUREON JOHNSON, | * | |
| CURTIS JOHNSON, | * | |
| JUAN LAMONT JOHNSON, | * | CRIMINAL NO. MJM-24-0304 |
| ABDALLAH SIMMS, | * | |
| RODRICK SIMMS, | * | |
| OLANDO THOMPSON, | * | |
| WAYNE THOMPSON, JR., | * | |
| DEMARCO WATKINS, | * | |
| SHELDON WELLS, | * | |
| KEO WILLIAMS, | * | |
| | * | |
| Defendants. | * | |
| ******* | | |

## ORDER

Upon consideration of the Government's Motion to Exclude Time Under the Speedy Trial Act, the Court finds as follows:

Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the ends of justice are served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The case at hand was the result of a long-term drug trafficking investigation by the Federal Bureau of Investigation ("FBI"). Thus, discovery in this matter is voluminous and includes wiretap intercepts from four target telephones, several months of surveillance video, body worn camera, investigatory reports, arrest reports, laboratory reports, search warrants, and other legal process, among other things. Allowing additional time to be excluded under the Speedy Trial Act is

appropriate in order to allow defense counsel and the Defendants a meaningful opportunity to review the voluminous discovery and consider any plea offer and whether to accept such an offer or proceed to trial. A plea disposition would serve the interests of justice because it would allow the parties to enter a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial. As a result, the circumstances of this case permit such a delay and an exclusion of time during this period, and failure to continue this case would result in a miscarriage of justice.

In addition, counsel for Defendants Larry Adams, Aureon Johnson, Juan Lamont Johnson, Abdallah Simms, Rodrick Simms, Olando Thompson, Wayne Thompson, Jr., Demarco Watkins, and Sheldon Wells consent to the requested exclusion.

Therefore, because the interest of justice served by such a delay outweighs the interests of the Defendants and the public in a speedy trial, the period from February 1, 2025 through April 2, 2025 is excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from February 1, 2025 through April 2, 2025, shall be excluded from computation under the Speedy Trial Act; and

The Clerk of the Court shall provide a copy of this Order to all counsel of record.

| | |
|---|---|
| 2/13/25 | /S/ |
| Date | The Honorable Matthew J. Maddox<br>United States District Judge |